

# Fourth Court of Appeals
## San Antonio, Texas

December 5, 2014

No. 04-14-00743-CV

**IN THE INTEREST OF A.S.C.**, et al,

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02281
Honorable Richard Garcia, Judge Presiding

## O R D E R

     Appellant's first motion for extension of time is GRANTED. Appellant's brief is due on **December 29, 2014.**

_Karen Angelini_
Karen Angelini, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of December, 2014.

_Keith E. Hottle_
Keith E. Hottle
Clerk of Court